# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/10/2014                                                                Case Number 2:14-cv-12762
Case Style: CMH Homes, Inc. vs. Browning
Type of hearing Telephonic Scheduling Conference
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                     Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Jason Stemple


Attorney(s) for the Defendant(s) Kristina Whiteaker


Law Clerk Andrei Popovici                                                       Probation Officer N/A

## Trial Time


## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

3:02       to 3:11
Total Court Time: 0 Hours 9 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start:  3:00 p.m.
Actual Start:  3:02 p.m.

Parties present telephonically.  Court addresses schedule in the case.  Court will enter scheduling order allowing 90 days for discovery and setting a dispositive motion briefing schedule.

Court recessed:  3:11 p.m.