IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CMH HOMES, INC.,

       Petitioner,

v.                CIVIL ACTION NO.  2:14-cv-12762

TINA BROWNING, et al.,

       Respondents.

## SCHEDULING ORDER

  The Court has reviewed the parties' Federal Rule of Civil Procedure 26(f) report, and has conducted a scheduling conference with counsel present by telephone.

  Pursuant to Fed. R. Civ. P. 16(b) and Local Rule of Civil Procedure 16.1(e), it is accordingly **ORDERED** that this case shall proceed as follows:

  1.  **Discovery**: The parties shall serve all discovery requests by **December 29, 2014,** and complete all depositions by **February 10, 2015**.   The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), (2), and (b)(5), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.   Pursuant to Local Rule 26.1(c), the Court adopts and approves the agreements of the parties with respect to limitations on discovery (numbers of interrogatories, requests for admissions, and depositions).

2. **Summary Judgment and Other Dispositive Motions**: All dispositive motions, except those under Rule 12(b), together with depositions, admissions, documents, affidavits, or other such matter in support thereof, shall be filed and served by **March 2, 2015**, with responses due by **March 16, 2015**, and replies due by **March 23, 2015**. Any motion must be supported by a memorandum of law at the time filed or submitted. If any motion, memorandum in support, response, or reply, inclusive of all attachments, exceeds fifty (50) pages in length, a hard copy of such materials shall be submitted to the presiding District Judge at the time of filing.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 13, 2014

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE